IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID B. TRACEY,

    Plaintiff,                       No. CIV S-08-0007 MCE DAD P

    vs.

SACRAMENTO COUNTY SHERIFF, et al.,

    Defendants.             ORDER

        Plaintiff, an inmate at the Rio Cosumnes Correctional Center, has requested an extension of time to file an amended complaint and submit an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 4, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint and submit his application to proceed in forma pauperis.

DATED: February 13, 2008.

                                                   DALE A. DROZD
                                                   UNITED STATES MAGISTRATE JUDGE

DAD:bb
trac0007.36amd