IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID B. TRACEY,

       Plaintiff,                        No. CIV S-08-0007 MCE DAD P

   vs.

SACRAMENTO COUNTY SHERIFF, et al.,

       Defendants.               <u>ORDER</u>

/

       Plaintiff, a former inmate at the Rio Consumnes Correctional Center, is proceeding pro se and has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

       On March 31, 2008, plaintiff filed a notice of change of address which indicates that plaintiff is currently incarcerated at Deuel Vocational Institution. Therefore, the court will order plaintiff to file a new in forma pauperis application.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within thirty days from the date of this order, a new application to proceed in forma pauperis; and

/////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 2, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak/4
trac0007.3e