IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID B. TRACEY,

        Plaintiff,                      No. CIV S-08-0007 MCE DAD P

    vs.

SACRAMENTO COUNTY
SHERIFF DEP'T, et al.,

        Defendants.               <u>ORDER</u>

_____/

        On August 7, 2009, plaintiff filed an amended complaint and application requesting leave to proceed in forma pauperis. This civil rights action was closed on June 17, 2009, after mail which was sent to plaintiff was returned as undeliverable. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. If plaintiff wishes to proceed with a new civil rights action, he should file his complaint and in forma pauperis application with a letter to the Clerk of the Court clarifying that he is proceeding with a new action and that his documents should not be filed in this closed case.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Documents filed in this case since the closing date of June 17, 2009, shall be disregarded; and

2. Plaintiff's October 22, 2009 letter requesting that this case be reopened (Doc. No. 36) is denied.

DATED: February 17, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
trac0007.58a